IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA CURREN,            )
                           )   2:09-cv-01164-GEB-KJM
          Plaintiff,       )
                           )   <u>ORDER RE: SETTLEMENT</u>
     v.                    )   <u>AND DISPOSITION</u>
                           )
NCO FINANCIAL SYSTEMS, INC.,)
                           )
          Defendant.       )
                           )

         On December 1, 2009 the parties filed a Notice of Settlement in which they state "this case has been settled," and a deadline for the filing of a dispositional document should be scheduled until on or after January 4, 2010. Therefore, a dispositional document shall be filed no later than January 4, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

         IT IS SO ORDERED.

Dated: December 7, 2009

                                                        GARLAND E. BURRELL, JR.
                                                        United States District Judge